UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

IN RE:                                         Case No. 12-51657-PJS
                                               Chapter 11
BLAISE ROBERT DIDONATO           Honorable: Phillip J. Shefferly

     Debtor.

DENNIS AND LESLIE CONLEY          Adversary No. 12-05465

     Plaintiff,

      vs.

BLAISE ROBERT DIDONATO,
ROSEMARY H. DIDONATO

     Defendant.

## MEDIATOR'S CERTIFICATION PURSUANT TO L.B.R. 7016-2(a)(7) (E.D.M.)

The mediator hereby certifies that mediation:

    [X]      was conducted in compliance with L.B.R. 7016-2

    [ ]      was not conducted in compliance with L.B.R. 7016-2 because

        [ ]      the parties settled prior to the mediation; or

        [ ]      for the following reason: _____

As a result of the mediation, the parties:

    [ ]      achieved a settlement,

        [ ]      and signed a written settlement memorandum attached hereto.

        [ ]      and did not sign a written settlement memorandum.

    [X]      did not achieve a settlement.

                                  By:      */s/Richardo I. Kilpatrick*
                                                         RICHARDO I. KILPATRICK (P35275)
                                                         Court Appointed Mediator
                                                         **KILPATRICK & ASSOCIATES, P.C.**
                                                         903 N. Opdyke Road, Suite C
                                                         Auburn Hills, Michigan 48326
                                                         ecf@kaalaw.com
Dated: November 6, 2012                     (248) 377-0700